UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GARY T. FRANKLIN,

        Plaintiff,                         Case No. 1:13-cv-1356

v.                                       Honorable Paul L. Maloney

BRETT APELGREN et al.,

        Defendants.
_____/

**JUDGMENT**

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE for failure to state a claim pursuant to 28 U.S.C. § 1915A.


Dated: January 17, 2014                    /s/ Paul L. Maloney
                                                Paul L. Maloney
                                                Chief United States District Judge